# CRIMINAL COURT MINUTES

## U.S. Magistrate Judge William Matthewman

Page: 1

Courtroom Number # 2  Date: MAY 20, 2013  Time: 10:00 am

Defendant: CURTIS FULLWOOD (J)  J#: _____  Case #: 13-8249-DLB
AUSA: MARC OSBORNE ✓  Attorney: FPD – NELSON MARKS
Violation: 42: 1320d-6(a)(3) and (b)(3)  Agent: _____
Proceeding: INITIAL HEARING / BOND HEARING  CJA Appt: _____
Bond/PTD Held: ○ Yes  ○ No  Recommended Bond: $250,000 PSB
Bond Set at: $250,000 PSB  Co-signed by: _____

FILED by KZ D.C.
MAY 20 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

- [X] All standard conditions — COSIGNED BY DEFENDANT'S WIFE
- [X] Surrender and/or do not obtain passport/travel docs
- [X] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [X] Maintain or seek full-time employment/education
- [X] No contact with victims/witnesses
- [X] No firearms — DEFENDANT NOT TO WORK AT BUSINESS WITH ACCESS TO SOCIAL SECURITY NUMBERS
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [X] Travel RESTRICTED to: SDFL
- [ ] Other: _____

Language: ENGLISH

Disposition:
DEFENDANT SWORN. GOVERNMENT MOTION TO UNSEAL – ORDER SIGNED UNSEALING COMPLAINT. DEFENDANT ADVISED OF CHARGES, POSSIBLE MAXIMUM PENALTIES AND RIGHTS. DEFENDANT QUESTIONED RE: APPOINTMENT OF COUNSEL. THE COURT FINDS THAT DEFENDANT QUALIFIES – FPD APPOINTED. GOVERNMENT RECOMMENDS $250,000 PSB BOND HEARING HELD. MICHELLE EUGENIA HOGUE – FULLWOOD SWORN / TESTIFIES. BOND SET. PRELIM / ARRAIGNMENT SET.

**NEXT COURT APPEARANCE**  Date: ___  Time: ___  Judge: ___  Place: ___
Report RE Counsel: _____
PTD/Bond Hearing: _____
(Prelim/Arraign or Removal): 6/10/2013 10AM DUTY MJ WPB
Status Conference RE: _____
D.A.R. 11:22:52  Time in Court: 11:22 – 11:46 AM (INITIAL – 14 MINS) (BOND HRG – 10 MINS)
Courtroom Deputy: Kenneth J. Zuniga