UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __13-8249-DLB__

UNITED STATES OF AMERICA

    Plaintiff,

v.

CURTIS FULLWOOD,

    Defendant.
_____/

FILED by __KZ__ D.C.

MAY 20 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON INITIAL APPEARANCE

AUSA __MARC OSBORNE__     Language __ENGLISH__
Agent __MICHAEL DEGNAN - S/A - FBI__     DAR: __11:22:52__

The above-named defendant having been arrested on _____, having appeared before the court for initial appearance on __5/20/2013__ and proceedings having been held in accordance with Fed.R.Cr.P. r. 5 or 40(a), it is thereupon
    **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____
2. __FEDERAL PUBLIC DEFENDER__ appointed as permanent counsel of record.
    Address: __450 AUSTRALIAN AVE S., SUITE 500, WEST PALM BEACH,__
    Zip Code: __33401__ Telephone: __(561) 833-6288__
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _____, 2013.
4. Preliminary/Arraignment/~~Removal/Identity~~ hearing is set for 10am __6/10__, 2013.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
  A **detention hearing**, pursuant to 18 U.S.C. Section 3142(f), is set for 10am _____, 2013.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: __$250,000 PSB COSIGNED BY DEFENDANT'S WIFE__

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
  __X__ a. Surrender all passports and travel document to the Pretrial Services Office.
  __X__ b. Report to Pretrial Services as follows: ___ times a week by phone, ___ time a week in person;
      other: __AS DIRECTED__
  ____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

✗ d. Maintain or actively seek full time gainful employment.
✗ e. Maintain or begin an educational program.
✗ f. Avoid all contact with victims of or witnesses to the crimes charged.
✗ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ h. Comply with the following curfew: _____
___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
✗ j. Comply with the following additional special conditions of this bond:
TRAVEL RESTRICTED TO SDFL; DEFENDANT NOT TO WORK AT BUSINESS WITH ACCESS TO SOCIAL SECURITY NUMBERS

This bond was set: At Arrest _____
On Warrant _____
After Hearing   X

___ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at West Palm Beach, FL this   20   day of   MAY  , 2013.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

c: Assistant U.S. Attorney
   Defense Counsel
   Pretrial Services/Probation