UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60113-CR-SCOLA/BRANNON(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CURTIS FULLWOOD,

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

    Respectfully Submitted,
    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

    *s/Neison M. Marks*
    Neison M. Marks
    Assistant Federal Public Defender
    Attorney for Defendant
    Court Assigned No. A5500635
    450 South Australian Avenue, Suite 500
    West Palm Beach, Florida 33401
    Phone: (561) 833-6288
    Fax: (561) 833-0368
    Email: Neison_marks@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on **May 21, 2013,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Neison M. Marks*
Neison M. Marks

**SERVICE LIST**
**UNITED STATES OF AMERICA  v.  CURTIS FULLWOOD**
Case No.   13-60113-CR-SCOLA/BRANNON(s)

Neison M.. Marks
neison_marks@fd.org
Assistant Federal Public Defender
450 S Australian Avenue
Suite 500
West Palm Beach, Florida 33401
Phone:   561-833-6288
Fax:      561-833-0368
Attorney for Defendant


Marc Osborne
marc.osborne@usdoj.gov
Assistant United States Attorney
500 S Australian Avenue
Suite 400
West Palm Beach, Florida 33401
Phone:   561-209-1014
Fax:      561-820-8777
Attorney for Government